AO 91 (Rev. 11/11) Criminal Complaint                                    SAUSA Peter Madriñan (312) 469-6306

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

KELVIN DORTCH, JR.

**CASE NUMBER: 21 CR 580**

███████████

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about September 15, 2021, at Park Ridge, Illinois, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1708 | Theft or mail matter from out of a U.S. Postal Service Collection Box, |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

w/p ~~signature~~

TYLER MAGNUSON
Postal Inspector,
U.S. Postal Inspection Service (USPIS)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: September 16, 2021

*Judge's signature*

City and state: Chicago, Illinois

YOUNG B. KIM, U.S. Magistrate Judge
*Printed name and title*



FILED
9/16/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, TYLER MAGNUSON, being duly sworn, state as follows:

1.      I am a Postal Inspector with the U.S. Postal Inspection Service. I have been so employed since approximately 2016. As part of my duties as a USPIS Postal Inspector, I investigate criminal violations relating to white collar crime, including mail, wire, and bank fraud. I am currently assigned to the Suburban Mail Theft and Financial Crimes Team.

2.      This affidavit is submitted in support of a criminal complaint alleging that KELVIN DORTCH, JR. has violated Title 18, United States Code, Section 1708. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging DORTCH, JR. with mail theft, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3.      This affidavit is based on my personal knowledge, information provided to me by other law enforcement personnel and from persons with knowledge regarding relevant facts. Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation.

## Facts Supporting Probable Cause

**I.     Background**

4.     As explained in more detail below, USPIS has been investigating more than six USPS blue collection box break-ins. These break-ins have been accomplished using either an authentic or counterfeit USPS Arrow Key.  Specifically, in or around November 2020, USPIS began receiving complaints of mail being stolen at the U.S. Post Office in Park Ridge, located at 333 Busse Highway, Park Ridge, Illinois ("Park Ridge Post Office").

5.     In response to these complaints, between in and around January 2021 through in and around April 2021, USPIS investigators installed multiple surveillance cameras at the Park Ridge Post Office to record any unauthorized access to the outside collection boxes.

6.     Surveillance footage from those cameras shows that on or about June 30, July 19, July 22, August 16, and August 25, 2021, an unknown subject removed a Rubbermaid 13-gallon black step-on trash can ("trash can") from inside the USPS collection boxes located in the drive-up lane outside the Park Ridge Post Office, and stole the mail from inside the trash can.

7.     Based on my training and experience, I know that the trash cans inside the collection boxes often contain personal and business checks.  I also know that individuals who steal U.S. mail typically do so as a precursor to engage in identity theft and fraud.  Not surprisingly, USPIS has received numerous reports from the Park Ridge Post Office and the Park Ridge Police Department of customer complaints

regarding stolen and altered checks that have been traced back to the USPS collection boxes located outside the Park Ridge Post Office.

8. In response to the five previous thefts of mail from the drive-up collection boxes at the Park Ridge Post Office, on or about September 3, 2021, I applied for and received a judicial authorization to install and use a tracking device inside a black Rubbermaid 13-gallon Step-On Trash Can (subject trash can).[1]

9. On or about September 4, 2021, I placed the subject trash can (with the tracker installed) inside the middle collection box in the drive-up lane of the Park Ridge Post Office.

## II. The Search Warrant & Arrest on September 15, 2021

10. On September 15, 2021, at approximately 1:40 a.m., Postal Inspectors received a notification that the tracker which had been placed on the subject trash can inside the middle collection box at the Park Ridge Post Office had been moved. At approximately 2:37 a.m. the tracker reported its new location as 14830 Evans Avenue in Dolton, Illinois.

11. On September 15, 2021, Postal Inspectors reviewed the surveillance footage from the cameras positioned outside the Park Ridge Post Office and observed an unknown male subject, wearing a light-colored zip-up hoodie, use a key to open the blue USPS collection box containing the subject trash can and remove the subject

---

[1] On September 3, 2021, the Honorable Maria Valdez, United States Magistrate Judge, Northern District of Illinois, authorized the installation of tracking device in the subject trash can to be placed in one of the USPS Collection Boxes outside the Park Ridge Post Office until October 18, 2021 (Case No. 21 M 573).

trash can from inside before running southeast down Busse Highway carrying the subject trash can in his arms.

12.    At approximately 3:35 a.m. on September 15, 2021, Postal Inspectors arrived outside the single-family residence located at 14830 Evans Avenue in Dolton, Illinois.

13.    On or about September 15, 2021, the Honorable Young B. Kim, United States Magistrate Judge, Northern District of Illinois, signed a warrant authorizing a search of the premises located at 14830 Evans Avenue in Dolton, Illinois – under Case No. 21 M 590.

14.    At approximately 7:15 p.m., law enforcement executed the warrant, recovered the tracking device inside the subject trash can, and found open mail matter throughout the house.   Postal Inspectors located DORTCH inside the residence and found mail matter addressed to other USPS customers inside his bedroom.

15.    Law enforcement also observed that when they encountered DORTCH, DORTCH appeared to be wearing the same light-colored, zip-up hoodie that was captured on video when the unknown subject—now believed to be DORTCH—stole the subject trash can from the Park Ridge Post Office earlier that morning.

16.    Law enforcement placed DORTCH under arrest at approximately 9:30 p.m.

## Conclusion

17.     Based on the foregoing, I believe there is probable cause to believe that, on or about September 15, 2021, KELVIN DORTCH, JR. did knowingly steal and take from and out of the mail, namely mail that had been dropped into the subject trash can inside the middle USPS Collection Box located in the drive-up lane outside the Park Ridge Post Office, in violation of Title 18, United States Code, Section 1708.

FURTHER AFFIANT SAYETH NOT.

TYLER MAGNUSON
Postal Inspector
U.S. Postal Inspection Service

SWORN TO AND AFFIRMED by telephone September 16, 2021.

Honorable YOUNG B. KIM
United States Magistrate Judge