### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| USA | ) | Case No: | 21 CR 580 |
| v. | ) | | |
| | ) | Judge: | Young B. Kim |
| Kelvin Dortch | ) | | |

### ORDER

Initial appearance proceedings held by phone. Defendant consented to appear by phone in response to today's arrest. The court advised Defendant of his rights. The court finds Defendant unable to afford counsel. Attorney Donna Foley of the Federal Defender Panel is appointed as counsel for Defendant. The government and Defendant agreed to certain conditions of release. Enter Order Setting Conditions of Release. Defendant shall be released after processing. Defendant waived his right to a preliminary examination hearing. The court finds probable cause and orders Defendant bound to the District Court for further proceedings.

(00:30 initial appearance held)

Date: September 16, 2021