In the United States District Court
for the Northern District of Illinois

United States of America,
Plaintiff,

v.

Kelvin Dortch
Defendant.

Case number 21 CR 580

Judge Kim

## CJA APPOINTMENT ORDER
### ORDER APPOINTING COUNSEL UNDER CJA

**Person represented** Kelvin Dortch

**Under seal?** ■ Yes ☐ No

**Defendant number** 1

**Representation type** CC

**Type of person represented** Adult

**Court order** Appointing Counsel

**Payment category** Felony

**Name of Prior Attorney**

**Name of appointed attorney** Donna Hickstein-Foley

If associate(s) will be used, list names and rate(s) if different from the CJA hourly rate.

_____
Signature of Presiding Judge or by Order of the Court

Sept. 20, 2021
Date

**Nunc Pro Tunc Date:** 09/16/21    or ☐ None

---

### ORDER APPOINTING INTERPRETER UNDER CJA
*Prior authorization shall be obtained for services in excess of $900.*

**Expected to exceed $900?**  ☐ Yes ☐ No
**Prior authorization approved?**  ☐ Yes ☐ No   ☐ Not applicable

_____
Signature of Presiding Judge or by Order of the Court

_____
Date

**Nunc Pro Tunc Date:**    or ☐ None

Rev. 2212019